IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF NORTH CAROLINA
WESTERN DIVISION
CASE NO. 5:19-CV-00550-BO

CHARLES RAY FINCH,

    Plaintiff,

v.

SHERIFF CALVIN L. WOODARD, JR., in his official capacity; TONY MCCOY OWENS, in his individual capacity; JAMES TANT, in his individual capacity; Special Agent ALAN H. MCMAHAN, in his individual capacity; and JOHN H. WATTERS, in his individual capacity,

    Defendants.

**ORDER**

This matter is before the court with regard to Plaintiff's consent motion to modify the scheduling order [D.E. 89]. For good cause shown, the motion is allowed, and the deadlines are amended as follows:

1. The deadline to amend the pleadings and join parties is December 15, 2021.

The provision of the court's scheduling orders [D.E. 49, 65, 70, 76] not altered herein remain in effect.

SO ORDERED this 26 day of October, 2021.

*Terrence Boyle*
TERRENCE W. BOYLE
United States District Judge