IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF NORTH CAROLINA
WESTERN DIVISION
No. 5:19-CV-550-BO

| | | |
|---|---|---|
| CHARLES RAY FINCH, | ) | |
|     Plaintiff, | ) | |
| | ) | |
| v. | ) | O R D E R |
| | ) | |
| WILSON COUNTY, *et al.*, | ) | |
|     Defendants. | ) | |

This cause comes before the Court on two pending motions related to discovery which are ripe for adjudication. A hearing in this matter was also held before the undersigned on February 23, 2022, at Raleigh, North Carolina. For good cause shown, and as the Court has granted plaintiff's motion to amend the complaint, the motion to amend the scheduling order [DE 105] is GRANTED IN PART.

The scheduling order is hereby AMENDED as follows: All fact discovery shall be completed not later than April 1, 2022; all expert discovery shall be completed not later than May 2, 2022; and all potentially dispositive motions shall be filed not later than June 1, 2022.

Additionally, as it appears that plaintiff and counsel for the SBI are working cooperatively to address any outstanding matters related to plaintiff's motion to compel, the motion [DE 81] is DENIED WITHOUT PREJUDICE.

SO ORDERED, this 28 day of Feb 2022.

/s/ Terrence Boyle
TERRENCE W. BOYLE
UNITED STATES DISTRICT JUDGE