IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF NORTH CAROLINA
EASTERN DIVISION
No. 5:19-CV-550-BO

| | | |
|---|---|---|
| CHARLES RAY FINCH, | ) | |
| | ) | |
| Plaintiff | ) | |
| | ) | |
| v. | ) | |
| | ) | |
| WILSON COUNTY; SHERIFF CALVIN L. WOODARD, JR., IN HIS OFFICIAL CAPACITY; TONY MCCOY OWENS, IN HIS INDIVIDUAL CAPACITY; JAMES TANT, IN HIS INDIVIDUAL CAPACITY; SPECIAL AGENT ALAN H. MCMAHAN, IN HIS INDIVIDUAL CAPACITY; AND JOHN H. WATTERS, IN HIS INDIVIDUAL CAPACITY, | ) ) ) ) ) ) ) ) ) | SUGGESTION OF DEATH OF PLAINTIFF CHARLES RAY FINCH AND REQUEST FOR STAY (Fed. R. Civ. P. 25(a)(3)) |
| Defendants. | | |

COMES NOW, the undersigned as counsel for Defendants and notifies the Court and all parties of the death of Plaintiff Charles Ray Finch on January 24, 2022. Attached hereto as Exhibit 1 is a copy of the obituary appearing on the website of Stevens Family Funeral Home following Mr. Finch's death. Defendant requests this matter be stayed until a proper party is substituted. At the present, there is no proper party Plaintiff to pursue this matter.

1

Respectfully submitted, this the 7th day of March, 2022.

/s/ *David A. Dial*
David A. Dial
Joshua S. Wood
Weinberg, Wheeler, Hudgins, Gunn & Dial
3344 Peachtree Rd., NE
Suite 2400
Atlanta, GA 30326
(404) 876-2700
Fax: (404) 875-9433
ddial@wwhgd.com
*Admitted Pro Hac Vice*
Georgia Bar No. 220329
jwood@wwhgd.com
North Carolina Bar. No. 51851
Attorney for John H. Watters

/s/*Alex R. Williams*
Alex R. Williams
N.C. Department of Justice
P.O. Box 629
Raleigh, NC 27699-9001
(919) 716-6528
Fax: (919) 716-6761
awilliams@ncdoj.gov
North Carolina Bar. No. 41679
Counsel for Defendants

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that a true and correct copy of the foregoing was furnished on March 7, 2022 to the following CM/ECF electronic notice parties via CM/ECF:

> David Rudolf, Esq.
> Sonya Pfeiffer, Esq.
> Phillip Lewis, Esq.
> Rudolf Widenhouse
> 225 East Worthington
> Charlotte, NC  28203
> *Attorneys for Plaintiff*

                                                /s/ *David A. Dial*
                                             David A. Dial

3

Case 5:19-cv-00550-BO   Document 112   Filed 03/07/22   Page 3 of 3