UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NORTH CAROLINA
WESTERN DIVISION
File No.: 5:19-CV-00550-BO

| | |
|---|---|
| CHARLES RAY FINCH,<br>        Plaintiff,<br><br>v.<br><br>ALAN H. McMAHAN and JOHN H. WATTERS,<br>        Defendants. | **JOINT NOTICE OF SETTLEMENT** |

PLEASE TAKE NOTICE that the Parties have reached an agreement in principle to settle Plaintiff's claims in this matter and are in the process of finalizing the terms of the written settlement agreement. It is anticipated that the settlement agreement will be signed this week. The terms of the settlement require the settlement amount to be paid within 60 days. Plaintiff will file a dismissal with prejudice after the settlement amount has been paid. To avoid additional filings and unnecessary expense and to assist the Court in managing its docket, the Parties respectfully ask the Court to stay all pending deadlines through September 15, 2022.

1

Respectfully submitted this the 11th day of July, 2022.

RUDOLF WIDENHOUSE

/s/ David S. Rudolf

---

David S. Rudolf (N.C.S.B. No. 8587)
dsrudolf@rudolfwidenhouse.com
Sonya Pfieffer (N.C.S.B. No. 37300)
spfeiffer@rudolfwidenhouse.com
Phillip Lewis (N.C.S.B. No. 27844)
plewis@rudolfwidenhouse.com
Rudolf Widenhouse
225 E. Worthington Ave.
Charlotte, NC 28203
Telephone: 704-333-9945
*Attorneys for Plaintiff*

| JOSHUA H. STEIN<br>Attorney General | WEINBERG, WHEELER, HUDGINS,<br>GUNN & DIAL, LLC |
|---|---|
| /s/ Alex R. Williams | /s/ David A. Dial |
| Alex R. Williams (N.C.S.B. No. 41679)<br>Special Deputy Attorney General<br>awilliams@ncdoj.gov<br>Bryan Nichols (N.C.S.B. No. 42008)<br>Assistant Attorney General<br>bnichols@ncdoj.gov<br>N.C. Department of Justice<br>P.O. Box 629<br>Raleigh, North Carolina 27699-9001<br>Telephone: 919-716-6528<br>*Attorneys for Defendants McMahan and Watters* | David A. Dial (Ga. S.B. No. 220329)<br>ddial@wwhgd.com<br>Joshua S. Wood (N.C.S.B. 51851)<br>jwood@wwhgd.com<br>3344 Peachtree Rd., NE<br>Suite 2400<br>Atlanta, Georgia 30326<br>Telephone: 404-876-2700<br>*Attorneys for Defendant Watters* |

## CERTIFICATE OF SERVICE

I hereby certify that I electronically filed the foregoing document with the Clerk of Court using the CM/ECF system, which will provide notice to the following counsel of record:

>David Rudolf, Esq.
>Sonya Pfeifer, Esq.
>Phillip Lewis, Esq.
>Rudolf Widenhouse
>225 E. Worthington Ave.
>Charlotte, NC 28203
>*Attorneys for Plaintiff*

This the 11th day of July, 2022.

>/s/ Alex R. Williams
>Alex R. Williams
>Special Deputy Attorney General